IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANNA RUIZ, MARTHA VIDUSKI,
MARTHA OBONDI and SUE WARNEKE,

      Plaintiffs,

  v.

                              Case No. 3:10-cv-00394-BBC-SLC

SERCO INC.,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiffs Dianna Ruiz, Martha Viduski, Martha Obondi, and Sue Warneke, and Defendant Serco Inc., by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismissal of the above-styled lawsuit <u>with prejudice</u>, with all rights of appeal waived.  Each party shall bear their or its own attorneys' fees and costs arising from and relating to this lawsuit.  The parties further stipulate that no party is the prevailing party in this action.

      Respectfully submitted this 9th day of November 2011.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT SERCO INC |
|---|---|
| By:  /s/ Jeffrey D. Pollack | By:  /s/ Benjamin D. Briggs |
| Jeffrey D. Pollack | SEYFARTH SHAW LLP |
| MINTZ & GOLD LLP | Counsel for Defendant |
| 470 Park Avenue South | Brett C. Bartlett (GA Bar No. 040510) |
| 10th Floor North | Admitted *pro hac vice* |
| New York, New York 10016 | Benjamin D. Briggs (GA Bar No. 081902) |
|  | Admitted *pro hac vice* |
| Jerald M. Stein | Heather G. Havette (GA Bar No. 142080) |
| LAW OFFICE OF JERALD M. STEIN | Admitted *pro hac vice* |
| 132 E. 35th Street | 1075 Peachtree Street, NE, Suite 2500 |
| New York, New York 10016 | Atlanta, Georgia 30309-3962 |
|  | Tel:  (404) 885-1500 |

Fax: (404) 892-7056
Email: bbartlett@seyfarth.com
Email: bbriggs@seyfarth.com
Email: hhavette@seyfarth.com

13918808v.1